**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of New York _____
                                      (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kiki Holdings, LLC d/b/a Kiki de Montparnasse |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 0 – 2 5 8 7 1 6 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 349 Fifth Avenue | |
| Number        Street | Number        Street |
| 4th Floor | |
| | P.O. Box |
| New York          NY     10016 | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York | |
| County | Number        Street |
| | |
| | City              State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.kikidm.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>  <u>4</u>  <u>8</u>  <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____ When _____    Case number _____
MM / DD / YYYY

District _____ When _____    Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor    See Annex A. _____    Relationship _____

District _____    When _____
MM  /  DD  / YYYY

Case number, if known _____

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number          Street

_____

_____
City                                    State      ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>05/06/2016</u>
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Printed name _Ocal Serdar_

Title **Authorized Representative**

---

**18. Signature of attorney**

✗ /s/ Chester B. Salomon _____   Date <u>05/06/2016</u>
Signature of attorney for debtor            MM / DD / YYYY

Chester B. Salomon _____
Printed name
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Firm name
299 Park Avenue _____
Number        Street
New York _____ NY ___ 10171 ___
City                               State    ZIP Code
(212) 888-3033 _____        csalomon@beckerglynn.com
Contact phone                    Email address

1439116 _____          NY ___
Bar number                       State

---

## Annex A
Affiliate Bankruptcy Cases To Be Filed

| Debtor | District | Relationship |
| --- | --- | --- |
| **Kiki LA, LLC** | Southern District of New York | Wholly-owned subsidiary. |
| **Kiki LV, LLC** | Southern District of New York | Wholly-owned subsidiary. |

---

**Fill in this information to identify the case and this filing:**

Debtor Name   Kiki Holdings, LLC d/b/a Kiki de Montparnasse

United States Bankruptcy Court for the:   Southern _____ District of  New York
                                                                                  (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  List of Creditors _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **5/6/16**          ✗ _____
             MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 Ocal Serdar
                                 Printed name

                                 Authorized Representative
                                 Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   Kiki Holdings, LLC d/b/a Kiki de Montparnasse

United States Bankruptcy Court for the: Southern District   District of  NY
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. City National Bank | Checking | 1  9  7  6 | $ 1,642.52 |
| 3.2. JP Morgan Chase NA | Checking | 8  0  6  5 | $ 77.41 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ 1,719.93

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Deposit for Los Angeles retail location, leased by subsidiary Kiki LA, LLC, and held by Park Lane Acquisitions, LLC.   $ 40,000
   7.2. Deposit for Las Vegas retail location, leased by subsidiary Kiki LV, LLC and held by The Crystals at CityCenter, LLC   $ 41,250

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse    Case number _(if known)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $ 81,250_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

   11a. 90 days old or less:    $46,647.47 ‾‾‾‾‾‾‾‾‾‾ – ‾‾‾‾‾‾‾‾‾‾ = ........➔    $46,647.47
                                 face amount              doubtful or uncollectible accounts

   11b. Over 90 days old:    $38,712.53 ‾‾‾‾‾‾ – $13,032.28 ‾‾‾‾‾‾ = ........➔    $ 25,689.25
                             face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 72,327.72

## Part 4:    Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____    _____    $_____

   14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                          % of ownership:

   15.1. Kiki LA, LLC _____    100 ___%    _____    $ Undetermined

   15.2. __Kiki LV, LLC_____    __100__%    _____    $ Undetermined

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $ Undetermined

Debtor Kiki Holdings, LLC d/b/a Kiki de Montparnasse
    Name

Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** Fabric, trim, etc. | 03/01/2015 MM / DD / YYYY | $136,517.00 | Cost | $136,517.00 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** Retail goods. | 03/01/2015 MM / DD / YYYY | $ 421,475.00 | Cost | $421,475.00 |
| 22. **Other inventory or supplies** Branded packaging | 03/01/2015 MM / DD / YYYY | $34,108.67 | Cost | $34,108.67 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 592,100.67

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor   Kiki Holdings, LLC d/b/a Kiki de Montparnasse   Case number *(if known)*_____
         Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Office and retail furniture and fixtures. | $ 242,042.86 | Estimate | $ 242,042.86 |
| 40. **Office fixtures** | | | |
| Miscellaneous office fixtures held off-premises. | $ Undetermined | | $ Undetermined |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Software and computer equipment. | $ 125,913.52 | Estimate | $ 125,913.52 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 367,956.38

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor ___Kiki Holdings, LLC d/b/a Kiki de Montparnasse_____    Case number *(if known)*_____
      Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☒ No. Go to Part 9.

  ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

  Add lines 47 through 50. Copy the total to line 87.        $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

  ☐ No

  ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse    Case number (if known)_____
                Name

---

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** Trademark (Kiki de Montparnasse) | $ Undetermined | | $ Undetermined |
| 61.  **Internet domain names and websites** Domain name | $ Undetermined | | $ Undetermined |
| 62.  **Licenses, franchises, and royalties** | $_____ | | $_____ |
| 63.  **Customer lists, mailing lists, or other compilations** Active customer list/e-mail list | $ Undetermined | | $ Undetermined |
| 64.  **Other intangibles, or intellectual property** | $_____ | | $_____ |
| 65.  **Goodwill** | $_____ | | $_____ |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ Undetermined

---

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse       Case number *(if known)*_____
     Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____    _____ − _____ = ➜   $_____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $_____
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**
Commercial liability insurance.        $ 0

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $_____
**Nature of claim**    _____
**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $_____
**Nature of claim**    _____
**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____      $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____      $_____
_____      $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.      $ 0

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse      Case number *(if known)*_____
     Name

---

**Part 12:**    **Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,719.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 81,250 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 72,327.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 592,100.67 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 367,956.38 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9. .* .................................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column. ........................... 91a. | $ 1,115,354.70 | **+** 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................    $ 1,115,354.70

**Fill in this information to identify the case:**

Debtor name __Kiki Holdings, LLC d/b/a Kiki de Montparnasse__

United States Bankruptcy Court for the: __Southern__ District of __New York__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Park Lane Acquisitions, LLC

Describe debtor's property that is subject to a lien
The debtor guaranteed the lease of the store of the
Los Angeles subsidiary and paid the security deposit.

$ Unknown        $ 40,000

Creditor's mailing address
11301 Olympic Blvd. #206
Los Angeles, California 90064

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    January 20, 2012

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
The Crystals at CityCenter LLC

Describe debtor's property that is subject to a lien
The debtor guaranteed the lease of the store of the
Las Vegas subsidiary and paid the security deposit.

$ Unknown        $ 41,250

Creditor's mailing address
PO Box 77712
Las Vegas, NV 89177

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred    August 14, 2009

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 36,915.60

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

Bobby Wei

Creditor's mailing address

270 W 39th Street, 13th Floor
New York, NY 10018

Creditor's email address, if known

_____

Date debt was incurred   1/15/2016
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Raw materials held in production facility.
_____

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ 23,664.35     $ Unknown

---

**2.4** Creditor's name

Cycle Fashion Pattern, Inc.

Creditor's mailing address

306 W 37th Street, 2nd Floor
New York, NY 10018

Creditor's email address, if known

_____

Date debt was incurred   2/16-4/16
Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Raw materials held in production facility.
_____

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ 13,251.25     $ Unknown

---

**Fill in this information to identify the case:**

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse

United States Bankruptcy Court for the:    Southern    District of    NY
                                                                    (State)

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 228,991.70 | $ 228,991.70 |
| | NYC Department of Finance CRT | *Check all that apply.* | |
| | Tax Audit & Enforcement Division | ☐ Contingent | |
| | PO Box 3929, New York, NY 10008 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 03/18/2016 | Commercial rent taxes. | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

| **2.2** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 3,488.00 | $3,488.00 |
|---|---|---|---|
| | Young Trimming, Inc. | *Check all that apply.* | |
| | 327 W 36th Street, Room 6F | ☒ Contingent | |
| | New York, New York 10018 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 12/2015-03/2016 | Labor. | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** x ☐ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |

| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 667.00 | $ 667.00 |
|---|---|---|---|
| | Create A Marker, Inc. | *Check all that apply.* | |
| | 254 W 35th Street, 10th Floor | ☒ Contingent | |
| | New York, New York 10001 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 02-03/2016 | Labor. | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) | | |

Debtor _____ Case number (if known) _____

Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4 Priority creditor's name and mailing address**

Create-A-Copy, Inc.
254 W 35th Street, 10th Floor
New York, New York 10001

$ 45.00        $ 45.00

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
03/20/2016

**Basis for the claim:**
Labor.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.__ Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$ _____        $ _____

---

**2.__ Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$ _____        $ _____

---

**2.__ Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$ _____        $ _____

Debtor _____    Case number (if known) _____
         Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Active Staffing

41 W 33rd Street

New York, New York 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

$ 475.52

Date or dates debt was incurred    01/10/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
ADT Security Services

PO Box 371878

Pittsburgh, Pennsylvania 15250-7878

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

$ 186.14

Date or dates debt was incurred    03/19/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Akabas & Sproule

488 Madison Avenue, 11th Floor

New York, New York 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

$ 12137.50

Date or dates debt was incurred    11/2015-02/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Armor Jewelry

111 Kent Avenue, #1A

Brooklyn, New York 11249

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods Provided

$ 302.50

Date or dates debt was incurred    06/09/2011
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Beer-Stern Company

PO Box 155

West Sayville, New York 11796

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods Provided

$ 581.51

Date or dates debt was incurred    07/10/2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Berke-Weiss & Pechman LLP

488 Madison Avenue, 11th Floor

New York, New York 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

$ 5390.00

Date or dates debt was incurred    03-09/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____   Case number (if known) _____
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**   Nonpriority creditor's name and mailing address

XYZ Two Way Radio Service, Inc.

PO Box 159033
Brooklyn, New York 11215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

$ 80.98

Basis for the claim: Services Provided

Date or dates debt was incurred   02/17/2016
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8**   Nonpriority creditor's name and mailing address

Bossa T.A.S.

Guzelevler Mah. Girne Bulvari No:296
01310 Yuregir/Adana - TURKIYE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 446.61

Basis for the claim: Goods Provided

Date or dates debt was incurred   01/2013
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9**   Nonpriority creditor's name and mailing address

Bottonificio BAP SPA

Via Gennaro Sora 16/A
24060 Villongo (Bergamo) ITALY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 218.35

Basis for the claim: Goods Provided

Date or dates debt was incurred   01/13/2015
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address

Bucol

4-6 rue Marius Chardon
F-69310 PIERRE BENITE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1073.38

Basis for the claim: Goods Provided

Date or dates debt was incurred   09/01/2015
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11**   Nonpriority creditor's name and mailing address

By Kilian

60 Broad Street, Suite 3502
New York, New York 10004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3133.72

Basis for the claim: Goods Provided

Date or dates debt was incurred   07/2012-11/2015
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.12

**Nonpriority creditor's name and mailing address**

Cadolle Diffusion

255 rue Saint Honore
75001 Paris, FRANCE

**Date or dates debt was incurred**   06-09/2015

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6501.78

### 3.13

**Nonpriority creditor's name and mailing address**

Calamo Silk, Inc.

251 W 39th Street, 5th Floor
New York, New York 10018

**Date or dates debt was incurred**   07/2015-04/2016

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14599.85

### 3.14

**Nonpriority creditor's name and mailing address**

Cheynet & Fils

Route du Fau- B.P.7
Saint-Just-Malmont FRANCE

**Date or dates debt was incurred**   09/01/2015

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2100.66

### 3.15

**Nonpriority creditor's name and mailing address**

Clique Media Inc.

360 N La Cienega Blvd., 3rd Floor - B
Los Angeles, California 90048

**Date or dates debt was incurred**   09/01/2015

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13000.00

### 3.16

**Nonpriority creditor's name and mailing address**

Consolidated Edison
JAF Station
PO Box 1702
New York, New York 10116-1702

**Date or dates debt was incurred**   01/2016

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1551.33

Debtor _____   Case number (if known) _____
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

Crave - Incognito

1234 Folsom Street
San Francisco, California 94103

Date or dates debt was incurred    04/30/2015
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Goods Provided

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 1500.34

---

**3.18** | **Nonpriority creditor's name and mailing address**

William J. Pierce IV

171 W 133rd Street, #3B
New York, New York 10030

Date or dates debt was incurred    09/09/2014
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services provided.

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.19** | **Nonpriority creditor's name and mailing address**

NYS Department of Taxation & Finance

PO Box 4127
Binghamton, NY 13902-4127

Date or dates debt was incurred    3/4/2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  LLC fees.

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.20** | **Nonpriority creditor's name and mailing address**

Xt Services

350 Market Street, Suite 5
Saddle Brook, New Jersey 07663

Date or dates debt was incurred    07/2015-03/2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13193.13

---

**3.21** | **Nonpriority creditor's name and mailing address**

DKL Services, Inc.

529 W Broadway, Suite 1C
New York, New York 11561

Date or dates debt was incurred    03/01/2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

Debtor _____    Case number (if known) _____
       Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22** | **Nonpriority creditor's name and mailing address**

E. Bosselli & C.

Via Carducci, 11

22077 OLGIATE COMASCO (COMO) ITALY

Date or dates debt was incurred    02/01/2016

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 576.00

---

**3.23** | **Nonpriority creditor's name and mailing address**

E.R.Butler & Co

55 Prince Street

New York, New York 10012

Date or dates debt was incurred    03/2013-02/2016

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36173.52

---

**3.24** | **Nonpriority creditor's name and mailing address**

Eastern Silk Mills Inc.

148 W 37th Street, 3rd Floor

New York, New York 10018

Date or dates debt was incurred    01-03/2016

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2676.68

---

**3.25** | **Nonpriority creditor's name and mailing address**

ExactTarget, Inc.

26487 Network Place

Chicago, Illinois 60673-1264

Date or dates debt was incurred    11/2015-02/2016

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3351.18

---

**3.26** | **Nonpriority creditor's name and mailing address**

Exl Ac & Refrigeration

53-43 66th Street

Maspeth, NY 11378

Date or dates debt was incurred    04/08/2015

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/Services Provided

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90.00

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.27** Nonpriority creditor's name and mailing address

Farameh Media, LLC

217 Thompson Street, 308
New York, New York 10012

Date or dates debt was incurred     10/16/2013
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 475.00

---

**3.28** Nonpriority creditor's name and mailing address

FedEx

PO Box 371461
Pittsburgh, Pennsylvania 15250-7461

Date or dates debt was incurred     03-04/2016
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 1502.53

---

**3.29** Nonpriority creditor's name and mailing address

Ferny Chung

50-17 5th Street, Apartment 2B
Long Island City, New York 11101

Date or dates debt was incurred     09/10/2014
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 500.00

---

**3.30** Nonpriority creditor's name and mailing address

Finest Technical Group Inc.

112 Katan Avenue
Staten Island, New York 10308

Date or dates debt was incurred     12/2014-11/2015
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 2910.23

---

**3.31** Nonpriority creditor's name and mailing address

Fleck & Co. GmbH

PO Box 436
Glen Falls, New York 12801

Date or dates debt was incurred     05/14/2015
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 2007.09

Debtor _____    Case number (if known) _____
              Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.32** Nonpriority creditor's name and mailing address

Fourthfloor Fashion Talent

10100 Santa Monica Blvd, Suite 900
Los Angeles, California 90067-4100

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

$ 4589.78

Date or dates debt was incurred    07-08/2015
Last 4 digits of account number    ___ ___ ___ ___

Basis for the claim: Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address

G & G Cleaners

46 Grand Street
New York, New York 10012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 888.00

Basis for the claim: Services Provided

Date or dates debt was incurred    06/2015-01/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address

GC H.V.A.C. Inc.

96 Bismark Avenue
Valley Stream, New York 11581

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1605.91

Basis for the claim: Services Provided

Date or dates debt was incurred    02/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address

GFI Insurance Services

140 Broadway, 41st Floor
New York, New York 10005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2744.00

Basis for the claim: Services Provided

Date or dates debt was incurred    07/21/2015
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address

GNN Transportation Services, LLC

436 B Lawton Avenue
Cliffside Park, New Jersey 07010

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1124.25

Basis for the claim: Services Provided

Date or dates debt was incurred    03-04/2016
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address
Graphic Image, Inc.

305 Spagnoli Road
Melville, New York 11747

Date or dates debt was incurred     07/22/2015
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $ 297.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address
Guardian
State Mandated Disability
  PO Box 824418
Philadelphia, Pennsylvania 19182-4418

Date or dates debt was incurred     03/18/2016
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $ 220.70
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address
Guide Fabrics

262 W 38th Street
New York, New York 10018

Date or dates debt was incurred     01/2016
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $ 250.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address
H2 Business Management, LLC

201 Santa Monica Blvd, #480
Santa Monica, California 90401

Date or dates debt was incurred     05/2015-02/2016
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $ 881.40
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

**3.41** Nonpriority creditor's name and mailing address
Heather Huey

1684 Gates Avenue, 2nd Floor
Ridgewood, New York 11385

Date or dates debt was incurred     02/2014-07/2015
Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     $ 220.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods provided

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____    Case number (if known) _____
          Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.42** Nonpriority creditor's name and mailing address

Henry Bertrand

c/o Blue Starr Silk Corp.

108 W 39th Street, Room 401

New York, New York 10018

Date or dates debt was incurred    09/01/2014

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 1924.27

---

**3.43** Nonpriority creditor's name and mailing address

Hurel

rue Olivier Metra

75020 PARIS, FRANCE

Date or dates debt was incurred    08/01/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 4507.07

---

**3.44** Nonpriority creditor's name and mailing address

Incognito

719 Clementina

San Francisco, California 94103

Date or dates debt was incurred    03/25/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 54.50

---

**3.45** Nonpriority creditor's name and mailing address

Jan - Pro Cleaning System

1050 E. Flamingo Road, Suite #N-334

Las Vegas, Nevada 89119

Date or dates debt was incurred    06/01/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 750.00

---

**3.46** Nonpriority creditor's name and mailing address

Jens Mortensen Photography Inc.

330 W 38th Street, 15th Floor

New York, New York 10018

Date or dates debt was incurred    08/24/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 5730.00

---

Debtor _____  Case number (if known) _____
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.47** **Nonpriority creditor's name and mailing address**

JKR Management LLC

506 Westerly Drive
Marlton, New Jersey 08053

Date or dates debt was incurred          06/04/2015

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services Provided

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 375.00

---

**3.48** **Nonpriority creditor's name and mailing address**

Martin Sahringer

Unit 26 the Laundry, 2-18 Warburton Road

London e83fn

Date or dates debt was incurred          April 2016

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** Order return

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 87.50

---

**3.49** **Nonpriority creditor's name and mailing address**

Adam Kmiec

adamkmiec@gmail.com

Date or dates debt was incurred          April 2016

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Order return

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ Undetermined

---

**3.50** **Nonpriority creditor's name and mailing address**

JR De Bellard Fine Jewerly

36 NE 1st Street, Suite 810
Miami, Florida 33132

Date or dates debt was incurred          12/01/2010

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods Provided

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 2580.00

---

**3.51** **Nonpriority creditor's name and mailing address**

Kama Carnes

2 King Street, Apt. 6F
New York, NY 10012

Date or dates debt was incurred          01/2013-03/2016

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Expense reimbursements

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ 245,088.93

---

Debtor _____    Case number (if known) _____
       Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.52** Nonpriority creditor's name and mailing address

King Garment Care

220 Avenue of the Americas
New York, New York 10014

Date or dates debt was incurred        11/01/2014

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $ 15.54
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

Basis for the claim:    Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

Ladas & Parry LLP

26 W 61st Street
New York, New York 10023

Date or dates debt was incurred        02/11/2016

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $ 684.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Legal services (trademark counsel).

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Leila Sharifi

26 Knoll Lane
Glen Head, New York 11545

Date or dates debt was incurred        03/10/2016

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $ 264.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Leloi AB

5799 Fontanoso Way
San Jose, California 95138-1015

Date or dates debt was incurred        01/2014-04/2015

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $ 34995.65
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Lu Trimming Corp.

306 W 37th Street, 4th Floor
New York, New York 10018

Date or dates debt was incurred        02/01/2016

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:    $ 1003.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address

Lyons Jewelry

190 Bedford Avenue

Brooklyn, New York 11249

Date or dates debt was incurred    12/2013-02/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

Basis for the claim: Goods Provided

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 4888.00

---

**3.58** Nonpriority creditor's name and mailing address

M.X. Data, Inc.

118 E 28th Street, Suite 608

New York, New York 10016

Date or dates debt was incurred    03/09/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 525.00

---

**3.59** Nonpriority creditor's name and mailing address

Magento

10441 Jefferson Blvd, Suite 200

Culver City, California 90232

Date or dates debt was incurred    01/22/2016

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods/Services Provided

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 23270.00

---

**3.60** Nonpriority creditor's name and mailing address

Mario Cucchetti Tessuti Srl

c/o Renavazio LLC
1400 Broadway, Suite #3607
New York, New York 10018

Date or dates debt was incurred    01/11/2013

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Goods Provided

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 505.30

---

**3.61** Nonpriority creditor's name and mailing address

McLane Security

247 W 35th Street, Suite 600

New York, New York 10001

Date or dates debt was incurred    06/2015

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Services Provided

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 557.44

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.62** **Nonpriority creditor's name and mailing address**

Megasol USA Group Inc.

8701 Tonnelle Avenue

North Bergen, New Jersey 07047

**Date or dates debt was incurred**    03/-11/2015

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:**  Goods Provided

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 6431.00

---

**3.63** **Nonpriority creditor's name and mailing address**

Mikan Printing, Inc.

168-B Raceway Drive

Mooresville, North Carolina 28117

**Date or dates debt was incurred**    11/01/2015

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Goods Provided

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 1870.00

---

**3.64** **Nonpriority creditor's name and mailing address**

MT Jersey USA LLC

128 Chatham Street

Chatham, New Jersey 07928

**Date or dates debt was incurred**    02-07/2015

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Goods Provided

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 6049.12

---

**3.65** **Nonpriority creditor's name and mailing address**

Victoria F. Gingrich

PO Box 7

Circleville, New York 10919

**Date or dates debt was incurred**    03/2014-10/2015

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Services provided

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 180.00

---

**3.66** **Nonpriority creditor's name and mailing address**

NYC Messenger Inc.

15 E 40th Street

New York, New York 10016

**Date or dates debt was incurred**    01-03/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**  Services Provided

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 607.45

---

Debtor _____    Case number *(if known)* _____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.67** | **Nonpriority creditor's name and mailing address**

Shuang Linda Teng

79 Decatur Road
New Rochelle, NY 10801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Order refund

$ 52.99

**Date or dates debt was incurred**    12/4/15

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

Maschentex GmbH

Konigstrasse 34, 89165

Dietenheim, Germany

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods provided

$ 12,580.40

**Date or dates debt was incurred**    1/2015-7/2015

**Last 4 digits of account number**    2142 __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

Parallax Press

46 Development Road
Fitchburg, Massachusetts 01420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

$ 234.18

**Date or dates debt was incurred**    04/11/2016

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

Petit Boudoir

Oeder Weg 23

60318 Frankfurt am Main, GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

$ 233.18

**Date or dates debt was incurred**    11/21/2014

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

Pinnacle Jewelry, Inc.

34 W 46th Street, Suite 500
New York, New York 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods Provided

$ 1348.22

**Date or dates debt was incurred**    07/2015-03/2016

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

Pormanteau Properties, LLC

201 Santa Monica Blvd, Suite 480
Santa Monica, California 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ Liquidated and neither contingent nor disputed

**$** 2391.00

**Basis for the claim:** Reimbursement for expenses.

**Date or dates debt was incurred** 12/15/2014

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.73** **Nonpriority creditor's name and mailing address**

Presentation Graphics

1417 53rd Street
Brooklyn, New York 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 533.49

**Basis for the claim:** Goods/Services Provided

**Date or dates debt was incurred** 01/13/2016

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.74** **Nonpriority creditor's name and mailing address**

Preview Textile Group

225 W 37th Street, 11th Floor
New York, New York 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 8726.50

**Basis for the claim:** Goods Provided

**Date or dates debt was incurred** 12/2015-03/2016

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.75** **Nonpriority creditor's name and mailing address**

Principal Life Insurance Company

PO Box 10372
Des Moines, Iowa 50306-0372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 569.88

**Basis for the claim:** Services Provided

**Date or dates debt was incurred** 04/01/2016

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

---

**3.76** **Nonpriority creditor's name and mailing address**

Readyrefresh by Nestle

Po Box 856192
Louisville, Kentucky 40285-6192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$** 118.81

**Basis for the claim:** Goods Provided

**Date or dates debt was incurred** 03/10/2016

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77**

**Nonpriority creditor's name and mailing address**

RIL-Metal

Via del Lavoro, 19

Telgate BG, ITALY

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods Provided

Date or dates debt was incurred   10/2014-04/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

$ 1175.18

---

**3.78**

**Nonpriority creditor's name and mailing address**

Riverpack USA Corp.
c/o Guibert & Co.
149 E 36th Street
New York, New York 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Goods Provided

Date or dates debt was incurred   05/29/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

$ 19344.00

---

**3.79**

**Nonpriority creditor's name and mailing address**

Robyn L. Williamson

310 Greenwich Street, #6K
New York, New York 10013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Services provided

Date or dates debt was incurred   03/02/2016

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

$ 400.00

---

**3.80**

**Nonpriority creditor's name and mailing address**

Salesforce.com, Inc.

PO Box 203141

Dallas, Texas 75320-3141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/Services Provided

Date or dates debt was incurred   09/15/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

$ 979.88

---

**3.81**

**Nonpriority creditor's name and mailing address**

Santosha, Inc.

1547 6th Street, Suite 100

Santa Monica, CA 90401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Reimbursement for expenses.

Date or dates debt was incurred   07/09/2015

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

$ 27468.05

---

Debtor _____    Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address
Santoul SA

Parc Activites Les Ayats
69390 Millery, FRANCE

Date or dates debt was incurred    03/11/2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 912.15

---

**3.83** Nonpriority creditor's name and mailing address
Sasha Samuel

75 Roebling Street, Apartment 3D
Brooklyn, New York 11211

Date or dates debt was incurred    08/2013-12/2014
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 200.00

---

**3.84** Nonpriority creditor's name and mailing address
Shindo USA Inc.

152 W 36th Street
New York, New York 10018

Date or dates debt was incurred    08/2015-03/2016
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 1375.99

---

**3.85** Nonpriority creditor's name and mailing address
Simply Bliss Inc.

125 Maiden Lane, #201
New York, New York 10038

Date or dates debt was incurred    06/2014-02/2015
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 2318.00

---

**3.86** Nonpriority creditor's name and mailing address
Smith Global LTD
Third Floor Offices
Shepherds Building, Rockley Road
London

Date or dates debt was incurred    09/10/2015
Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Services Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 2000.00

---

Debtor _____    Case number _____
            Name                                                                    (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.87  Nonpriority creditor's name and mailing address

SML (USA) Inc.

777 Main Street
Lewiston, Maine 04240-5803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Goods Provided

**Date or dates debt was incurred**   06/2015-01/2016

**Last 4 digits of account number**   ___ ___ ___ ___

$ 285.50

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.88  Nonpriority creditor's name and mailing address

Solstiss Inc.

561 7th Avenue, 16th Floor
New York, New York 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Goods Provided

**Date or dates debt was incurred**   07/2015

**Last 4 digits of account number**   ___ ___ ___ ___

$ 20020.78

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.89  Nonpriority creditor's name and mailing address

Sophie Hallette
Grupo Textil
350 W 42nd Street, Suite 47A
New York, New York 10036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Goods/Services Provided

**Date or dates debt was incurred**   02/2015-07/2015

**Last 4 digits of account number**   ___ ___ ___ ___

$ 12536.50

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.90  Nonpriority creditor's name and mailing address

Staples Business Advantage Department NY

PO Box 415256
Boston, Massachusetts 02241-5256

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Goods Provided

**Date or dates debt was incurred**   02-03/2016

**Last 4 digits of account number**   ___ ___ ___ ___

$ 1191.65

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.91  Nonpriority creditor's name and mailing address

Stretchline Holdings, LTD

Lot 89, BEPZ
Walgama, Malwana SRI LANKA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Goods Provided

**Date or dates debt was incurred**   08/21/2014

**Last 4 digits of account number**   ___ ___ ___ ___

$ 200.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____    Case number (if known) _____
              Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92** Nonpriority creditor's name and mailing address

Sweden Unlimited

199 Lafayette Street, Suite 4A2

New York, New York 10012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 12600.00

Basis for the claim: Services provided

Date or dates debt was incurred    01-04/2016

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.93** Nonpriority creditor's name and mailing address

Tangonet LLC

4733 Norwich Avenue

Sherman Oaks, California 91403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2179.06

Basis for the claim: Goods/Services Provided

Date or dates debt was incurred    02-04/2016

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.94** Nonpriority creditor's name and mailing address

Tesso S.P.A.

561 7th Avenue, 4th Floor

New York, New York 10018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1874.52

Basis for the claim: Goods Provided

Date or dates debt was incurred    09/29/2015

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.95** Nonpriority creditor's name and mailing address

Toby Evers Consulting LLC

60 Plaza Street E, 2M

Brooklyn, New York 11238

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18000.00

Basis for the claim: Services Provided

Date or dates debt was incurred    06-09/2015

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.96** Nonpriority creditor's name and mailing address

Toki Sen-i Co., LTD

4-4-7, Kawaramachi

Chuo-ku Osaka, 541-0048 JAPAN

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4304.28

Basis for the claim: Goods Provided

Date or dates debt was incurred    09/01/2015

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor _____    Case number (if known) _____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.97**   **Nonpriority creditor's name and mailing address**

Topco Sales

PO Box 515722

Los Angeles, California 90051-5202

**Date or dates debt was incurred**    07/08/2015

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Goods Provided

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 548.71

---

**3.98**   **Nonpriority creditor's name and mailing address**

Uline

PO Box 88741

Chicago, Illinois 60680-1741

**Date or dates debt was incurred**    01-03/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Goods Provided

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 1303.69

---

**3.99**   **Nonpriority creditor's name and mailing address**

UPS Supply Chain Solutions, Inc.

28013 Network Place

Chicago, Illinois 60673-1280

**Date or dates debt was incurred**    02/25/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods/Services Provided

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 9.00

---

**3.100**   **Nonpriority creditor's name and mailing address**

Vena Casa Design

PO Box 3597

Poole BH149ZL UK

**Date or dates debt was incurred**    01/31/2014

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Goods Provided

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 359.98

---

**3.101**   **Nonpriority creditor's name and mailing address**

Verizon

PO Box 15124

Albany, New York 12212-5124

**Date or dates debt was incurred**    03/10/2016

**Last 4 digits of account number**   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Goods/Services Provided

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 819.40

---

Debtor _____    Case number (if known)_____
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**102   **Nonpriority creditor's name and mailing address**
Vibe Design, LLC

407 Pleasant Street, Suite 14
Fall River, Massachusetts 02721

Date or dates debt was incurred    04/23/2015
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Goods Provided

Is the claim subject to offset?
☒ No
☐ Yes

$ 1197.00

**3.**103   **Nonpriority creditor's name and mailing address**
Missy Ann Funk

missyannfunk@gmail.com

Date or dates debt was incurred    March 2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Store credit

Is the claim subject to offset?
☒ No
☐ Yes

$ 289.89

**3.**104   **Nonpriority creditor's name and mailing address**
Dina A. Sammakieh

dinasam@gmail.com

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Order refund

Is the claim subject to offset?
☒ No
☐ Yes

$ 295

**3.**105   **Nonpriority creditor's name and mailing address**
Christopher Sandoval

sandovalchristopher@gmail.com

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Purchase refund

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.**106   **Nonpriority creditor's name and mailing address**
Van Repchinsky

10208-72 Street
Edmonton, Alberta T6A2W5

Date or dates debt was incurred    3/30/2016
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Order refund

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,436.40

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.107** Nonpriority creditor's name and mailing address

Diego Rivera

2185 Hayes Street

San Francisco, CA 94117

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Order cancellation

$ 168.96

Date or dates debt was incurred    4/3/16
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.108** Nonpriority creditor's name and mailing address

Pavleta Alexieva

alexieva.pavleta@gmail.com

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unused gift card

$ 250

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.109** Nonpriority creditor's name and mailing address

Nancy Meyer Fine Lingerie

1318 Fifth Avenue

Seattle, WA 98101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Open balance

$ 1,017

Date or dates debt was incurred    Unknown
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.110** Nonpriority creditor's name and mailing address

Teseo SPA / Rossana Valentino

561 7th Ave, 4th Floor

New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods provided

$ 1,874.52

Date or dates debt was incurred    9/29/15
Last 4 digits of account number    2407 __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.111** Nonpriority creditor's name and mailing address

The Coveteur Inc.

24 Duncan Street, Suite 400

Toronto, Ontario M5V2B8 Canada

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services provided

$5,000

Date or dates debt was incurred    2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Kik Youngco LLC d/b/a Kim Kim Women's case    Case number _(if Known)_____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

Sophie Lea

sophie@zacara.com

As of the petition filing date, the claim is:
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Purchase return

$ Unknown

Date or dates debt was incurred    February 2016

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

Jon Rubin

c/o H2 Management, 201 Santa Monica Blvd. #480

Santa Monica, CA 90407

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Company expense reimbursements

$ 66,076.01

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

Jon Rubin

c/o H2 Management, 201 Santa Monica Blvd. #480

Santa Monica, CA 90407

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Demand notes payable, with interest.

$ 2,200,052.80

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.115** Nonpriority creditor's name and mailing address

Jon Rubin

c/o H2 Management, 201 Santa Monica Blvd. #480

Santa Monica, CA 90407

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Subordinated debt, with interest

$ 1,796,475.34

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.116** Nonpriority creditor's name and mailing address

Jon M Rubin Trust

c/o H2 Management, 201 Santa Monica Blvd. #480

Santa Monica, CA 90407

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Company expense reimbursements

$ 46,275.59

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse
Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

### 3.117

**Nonpriority creditor's name and mailing address**

Todd Rubin

c/o H2 Management, 201 Santa Monica Blvd. #480

Santa Monica, CA 90407

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ Liquidated and neither contingent nor disputed

**Basis for the claim:** Demand notes payable, with interest

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 434,730

### 3.118

**Nonpriority creditor's name and mailing address**

Miles Rubin

3035 Chain Bridge Road NW

Washington, DC 20016

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Subordinated debt, with interest

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 5,527,616.44

### 3.119

**Nonpriority creditor's name and mailing address**

Andrew Rosen

c/o Link Theory Holdings, 38 Gansevoort Street, 5th Fl.

New York, NY 10014

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Subordinated debt, with interest

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 276,380.82

### 3.120

**Nonpriority creditor's name and mailing address**

See addendum annexed hereto.

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unused store credit

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$ 102,110.91

### 3.___

**Nonpriority creditor's name and mailing address**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

Debtor _____ Case number (if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 233,191.70 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 10,738,557.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,971,749.26 |

In re Kiki Holdings, LLC d/b/a  Kiki de Montparnasse
Addendum to Schedule E/F

## **Addendum**

 

Four hundred (400) customers currently hold store credit with the Debtor. At the time of the filing of this Petition, these customer addresses are not available to the Debtor or the Debtor's counsel. Attached hereto are the list of customers with names, amounts due, and dates incurred. The Debtor believes this information is administered by Gazelle Intense Solutions, as set forth in Question 27 of the Schedule of Financial Affairs.

In re Kiki Holdings, LLC d/b/a kiki de Montparnasse
Addendum to Schedule E/F

# Outstanding Store Credit Holders

| Last Name | First Name | Title | Company | Date | Store Credit |
|---|---|---|---|---|---|
| VITAN | IRINA | MS | | 3/3/2007 | $ 10.34 |
| GOLDBERG | ANDREW | MR | | 8/18/2007 | $ 189.66 |
| | | | | 12/15/2008 | $ 307.91 |
| BELCHER | BLAIR | | | 1/7/2010 | $ 47.36 |
| BIRNBAUM | JOSH | MR | | 2/12/2010 | $ 479.23 |
| SANDERS | JOANNA | | | 2/18/2010 | $ 95.42 |
| WINN | DANA | | | 2/22/2010 | $ 243.56 |
| NICHOLS | CHRISTY | | | 3/7/2010 | $ 131.70 |
| CENTINEL | DAVIDE | | | 3/11/2010 | $ 70.77 |
| CADE | BRITTANY | MS | | 3/16/2010 | $ 272.19 |
| DUGGAL | ANISHA | | | 3/22/2010 | $ 123.16 |
| JORIO | ELOISA | | | 4/10/2010 | $ 68.31 |
| UDELL | RANDI | | | 4/10/2010 | $ 201.78 |
| WOOD | RANDI | | | 5/4/2010 | $ 164.63 |
| KAO | JEN | | | 5/6/2010 | $ 188.53 |
| CADOURCY | PERRE | | | 5/20/2010 | $ 228.31 |
| MERKLE | MOLLY | | | 6/17/2010 | $ 18.55 |
| BARRETT | REBECCA | | | 7/14/2010 | $ 30.00 |
| CHUNG | TANA | MS | | 8/5/2010 | $ 16.50 |
| ROGERS | BRETT | | | 8/10/2010 | $ 538.93 |
| YASUDA | RINA | | | 9/12/2010 | $ 323.76 |
| CORLEY | APRIL | | | 10/5/2010 | $ 137.19 |
| YOTKA | STEFF | | | 10/17/2010 | $ 54.44 |
| BATALLE | MARION | | | 11/2/2010 | $ 108.88 |
| ABRAMS | HILDY | | | 11/4/2010 | $ 16.33 |
| YOON | SONIA | | | 11/4/2010 | $ 198.75 |
| RODES | GONZALO | | | 11/20/2010 | $ 378.88 |
| LASSITER | MAI | | | 11/22/2010 | $ 384.13 |
| JOHANSON | CHRIS | | | 12/12/2010 | $ 30.00 |
| TODD | ANTONY | | | 12/14/2010 | $ 65.33 |
| PIAZZA | CARL | | | 12/16/2010 | $ 63.78 |
| WILCOX | ISABEL | | | 12/31/2010 | $ 171.94 |
| ABBEY | YAEL | MS | | 1/2/2011 | $ 995.00 |
| COHEN | CHARLES | MR | | 1/13/2011 | $ 21.68 |
| LYON | SANTIAGO | | | 1/18/2011 | $ 46.27 |
| NAPARSTEK | AARON | | | 1/18/2011 | $ 811.12 |
| BESTWICK | ROBERT | | | 2/1/2011 | $ 406.08 |
| SMITH | VIRGINIA | | | 2/9/2011 | $ 62.81 |
| GRIFFITHS | TRISHA | | | 2/21/2011 | $ 11.61 |
| CHAMNESS | HOLLY | | | 3/8/2011 | $ 27.44 |
| BARILLI | KRISTINE | | | 3/11/2011 | $ 87.69 |
| MARRIN | SHEA | | | 3/15/2011 | $ 212.31 |
| MORRIS | SUZY | | | 3/30/2011 | $ 164.63 |
| YUN | EDWARD | | | 4/10/2011 | $ 162.15 |
| NITKE | BARBARA | | | 4/11/2011 | $ 56.66 |
| ANDRADE | NATALIA | | | 4/16/2011 | $ 67.52 |
| YEN | JACQUELINE | | | 4/23/2011 | $ 326.63 |
| LUPO | FRANK | | | 5/13/2011 | $ 221.62 |
| LOVE | JOSHUA | | | 5/14/2011 | $ 50.00 |
| RAMIREZ-ARAIZ | SANDRA | | | 5/14/2011 | $ 21.75 |
| NGUYEN | KATIE | | | 5/17/2011 | $ 131.70 |
| TURBERVILLE | PHILLIP | | | 6/4/2011 | $ 27.22 |

In re Kiki Holdings, LLC d/b/a Kiki de Montparnasse
Addendum to Schedule E/F

| Last Name | First Name | Title | Company | Date | Store Credit |
|---|---|---|---|---|---|
| ERECE | OLGA | | | 6/13/2011 | $ 27.03 |
| NASSERI | LEILA | | | 6/16/2011 | $ 164.63 |
| THOMASHAUER | REGENA | | | 6/17/2011 | $ 321.18 |
| PROVAS | ESTHELLA | | | 6/22/2011 | $ 117.81 |
| TUCKER | DANIEL | | | 7/3/2011 | $ 378.35 |
| MITCHELL | MICHAEL | | | 7/10/2011 | $ 163.31 |
| GAINOR | ELYSE | | | 8/1/2011 | $ 381.06 |
| KLEIN | JENNIFER | | | 8/27/2011 | $ 24.47 |
| SHARPE | ANDREW | | | 9/10/2011 | $ 195.00 |
| LEVIN | LEAH | MS | | 9/19/2011 | $ 381.06 |
| CESVET | BERTRAND | | | 9/24/2011 | $ 239.62 |
| CSENCSITZ | CASSANDRA | | | 9/28/2011 | $ 67.84 |
| ECKFELDT | BRUCE | | | 10/28/2011 | $ 500.83 |
| VOSSOUGHIAN | FARNAZ | | | 10/30/2011 | $ 321.18 |
| SANBROOK | GEORGE | | | 11/7/2011 | $ 124.32 |
| AUDIGIER | CRYSTAL | | | 11/8/2011 | $ 18.38 |
| SHOVE | GREGORY | MR | WIMBLEDON VENTURES | 11/11/2011 | $ 815.00 |
| ROMAN | JAMES | | | 11/13/2011 | $ 212.31 |
| BALTZER | TINA | | | 11/18/2011 | $ 13.99 |
| DOWNER | ROBERT | | | 11/29/2011 | $ 64.86 |
| KASWAN | JUSTIN | | | 11/30/2011 | $ 669.58 |
| SEKHAR | NANDITA | | | 12/3/2011 | $ 43.55 |
| pourbaba | david | | | 12/17/2011 | $ 85.70 |
| CHANDLER | DYLAN | | | 12/23/2011 | $ 108.88 |
| APPLEGATE | SOFIE | | | 1/3/2012 | $ 16.24 |
| HATTON | ANDREA | | | 1/3/2012 | $ 389.16 |
| DAVIS | VIOLA | | | 1/7/2012 | $ 6.00 |
| PAUL-MERCIER PARIS | MAXINE | | | 1/14/2012 | $ 38.11 |
| SINGER | NICHOLAS | | | 1/19/2012 | $ 160.35 |
| SLATER | LESLEY | | | 1/27/2012 | $ 3.27 |
| ZIMMER | ANTONIA | | | 1/28/2012 | $ 113.10 |
| AHDOUT | JACQUELINE | | | 2/13/2012 | $ 1,000.50 |
| BLUMENTHAL | DARREN | | | 2/13/2012 | $ 16.31 |
| DREYFUS | THIERRY | | | 2/14/2012 | $ 5.44 |
| PILGER | KELLY | | | 2/16/2012 | $ 32.66 |
| BUTLER | ELIZABETH | | | 2/17/2012 | $ 16.33 |
| ZAMIR | JOSH | | | 2/17/2012 | $ 48.99 |
| BARBEY | ZOE | | | 3/3/2012 | $ 26.81 |
| LINTON | LINDSEY | | | 3/21/2012 | $ 10.00 |
| CRAWFORD | AMY | | | 3/29/2012 | $ 21.28 |
| FORSSTROM | HEINO | | | 4/1/2012 | $ 146.81 |
| BURWELL | GILLIAN | | | 4/4/2012 | $ 163.31 |
| BOBO | CAROL | MS | | 4/6/2012 | $ 2.16 |
| GRINOVETSKAYA | VICTORIA | | | 4/11/2012 | $ 100.85 |
| WISE | ALI | | | 4/12/2012 | $ 272.19 |
| DAVIS | JEANNE | | | 4/17/2012 | $ 97.30 |
| MEREY | NEJAT | | | 4/22/2012 | $ 524.29 |
| LOVE | PAMELA | | PAMELA LOVE | 4/23/2012 | $ 1,000.00 |
| JOEL | NIKKI | | | 4/30/2012 | $ 511.13 |
| VAN WIJK | BIRGITT | | | 5/2/2012 | $ 925.44 |
| MOYA | MICHELLE | | | 5/11/2012 | $ 486.45 |
| DAROUVAR | ALESSANDRA | | | 5/14/2012 | $ 10.88 |
| PETTY | YASMINE | MS | | 5/16/2012 | $ 901.31 |
| WANG | MICHELLE | MS | G-STAR | 5/19/2012 | $ 7.51 |
| MACKENZIE | MARK | MR | | 5/26/2012 | $ 21.78 |

In re Kiki Holdings, LLC d/b/a kiki de Montparnasse
Addendum to Schedule E/F

| Last Name | First Name | Title | Company | Date | Store Credit |
|---|---|---|---|---|---|
| LOPEZ | AURORA | | | 5/30/2012 | $ 430.06 |
| MILFORD | JADE | | | 5/31/2012 | $ 10.80 |
| REEVES | PATRIC | | | 5/31/2012 | $ 93.88 |
| KANE | CHARLIE | | | 6/2/2012 | $ 21.75 |
| EPLING | CHAD | | | 6/4/2012 | $ 648.60 |
| DOLGIN | KARINA | | ARIELA & ASSOC | 6/5/2012 | $ 658.70 |
| AZOFF | ALISON | | | 6/12/2012 | $ 108.25 |
| BAUGH | CHRISTOPHER | | | 6/14/2012 | $ 46.90 |
| SAROFIM | JOLEEN | | | 6/28/2012 | $ 27.19 |
| FREDSTON | ROCHELLE | | | 7/17/2012 | $ 337.12 |
| CROUCH | EMILY | | FRENCH VOGUE | 8/8/2012 | $ 12.90 |
| SOLLOW | JENNIFER | | | 8/15/2012 | $ 190.53 |
| SERGEY | ZHURAVLEV | | | 8/17/2012 | $ 497.26 |
| HAMMITT | NICHOLAS | | | 8/19/2012 | $ 54.44 |
| CAMASTA | MARIA | | | 9/9/2012 | $ 15.17 |
| MACKINNEY | STEVEN | | | 9/11/2012 | $ 97.98 |
| BECKWITH | MICAELA | | | 9/22/2012 | $ 4.10 |
| REIS | DANIEL | | | 10/5/2012 | $ 16.33 |
| GITOMER | SHELLEY | | | 10/16/2012 | $ 745.89 |
| INKUMSAH | ISAAC | | | 10/16/2012 | $ 427.00 |
| BROMFMAN | SARA | | | 10/18/2012 | $ 1,061.53 |
| SCHWARTZ | JILL | | | 11/17/2012 | $ 146.56 |
| BREZNER | BETT | | | 11/24/2012 | $ 140.53 |
| VALENTINES | AMBER | | | 12/1/2012 | $ 10.88 |
| CONNOR | NIKKI | | | 12/6/2012 | $ 103.82 |
| SPAGNOLETTI | MARCUS | | | 12/11/2012 | $ 180.00 |
| LEVITIN | MARK | | | 12/17/2012 | $ 25.79 |
| KRAUSS | MISSY | | | 12/23/2012 | $ 0.57 |
| WIIG | KRISTEN | | SNL | 1/2/2013 | $ 416.18 |
| ROSENBERG | STEVE | | | 1/11/2013 | $ 54.88 |
| GOLDBERG | RANDY | | | 1/14/2013 | $ 22.00 |
| GUTTMAN | RONALD | | | 2/8/2013 | $ 109.34 |
| BORETA | JUSTIN | | | 2/23/2013 | $ 490.50 |
| CUTTER | PAULINA | | | 2/27/2013 | $ 2.76 |
| GAUTHIER | CHRISTINA | | | 3/5/2013 | $ 30.00 |
| MCLENNAND | CATIE | | | 3/6/2013 | $ 15.93 |
| EDELSTEIN | LISA | | | 3/9/2013 | $ 201.34 |
| GRAVELLA | ROBERT | | | 3/27/2013 | $ 54.44 |
| CHRETIEN | ROBERT | | | 3/30/2013 | $ 9.25 |
| SIROOCHENKO | ANASTASIYA | | | 3/30/2013 | $ 909.11 |
| SAVIANO | CAROLYN | | | 4/8/2013 | $ 15.68 |
| BRUCE | KIRSTY | | | 4/9/2013 | $ 251.19 |
| VAN ZETTEN | WENDY | | | 4/30/2013 | $ 59.45 |
| BANHAM | ISABELLE | | | 5/6/2013 | $ 250.70 |
| STIMELL | JULIE | DR | | 5/13/2013 | $ 65.00 |
| STIEL | LEON | | | 5/23/2013 | $ 288.52 |
| LEE | MIN SOOK | | | 6/5/2013 | $ 2.77 |
| THOMPSON | ROBERT | | | 6/7/2013 | $ 1,000.07 |
| MARTINELLI | FRANK | | | 6/15/2013 | $ 27.22 |
| REID | GK | | | 6/21/2013 | $ 148.99 |
| SCHICKETANZ | MARY ANN | | | 6/27/2013 | $ 25.33 |
| SALAMUNOVICH | THOMAS | | | 6/28/2013 | $ 65.33 |
| SEAGER | ALAN | | | 7/16/2013 | $ 152.43 |
| ROSE | ERICA | | | 7/20/2013 | $ 16.09 |
| SUH | JUNG-AH | | | 7/25/2013 | $ 190.53 |

| Last Name | First Name | Title | Company | Date | Store Credit |
|---|---|---|---|---|---|
| ALTMAN | JEFFREY | | | 8/1/2013 | $ 707.69 |
| ASPEN KADISHA | DINA | | | 8/2/2013 | $ 24.59 |
| BARNES | DAVID | MR | | 8/25/2013 | $ 2.16 |
| AZOFF | SHELLI | | | 8/29/2013 | $ 1,167.44 |
| PARKER | SUSAN | | | 9/8/2013 | $ 16.22 |
| SHARP | MATTHEW | | | 9/13/2013 | $ 327.00 |
| LAZAR | CHANIE | | | 9/24/2013 | $ 27.22 |
| BIANCHI | EDWARD | | | 9/25/2013 | $ 419.16 |
| LUNDY | LEONARD | | | 9/26/2013 | $ 174.58 |
| LEE SCHIFF | EUNICE | | | 9/27/2013 | $ 430.06 |
| DELATORRE | CARLOS | MRS | | 10/11/2013 | $ 127.65 |
| BROWN | NATHAN | | | 10/28/2013 | $ 0.05 |
| MAKARENKO | ANNA | | | 10/29/2013 | $ 1,362.50 |
| GARNER | MICHELLE | | | 11/8/2013 | $ 97.29 |
| GARRIGUE | AMIS | | | 11/9/2013 | $ 21.67 |
| HALLWORTH | NINA & CLAIRE | | | 11/20/2013 | $ 212.55 |
| BACK | JOACHIM | | | 11/29/2013 | $ 0.35 |
| GAY | ORIANE | MS | | 11/30/2013 | $ 430.55 |
| OHAYON | MICHELLE | | | 12/4/2013 | $ 23.79 |
| SCHERER | PAUL | | | 12/15/2013 | $ 91.89 |
| KALTMAN | BETH | MS | | 12/16/2013 | $ 343.70 |
| GORZKOWSKA | SYLWIA | | | 12/17/2013 | $ 408.28 |
| TOMONOVICH | DARA | | | 12/17/2013 | $ 95.00 |
| GEDE JR | JAMES | | | 12/20/2013 | $ 1,367.47 |
| SANTACROCE | CHRIS | | | 12/22/2013 | $ 58.09 |
| DARYSHEVA | ANNA | | | 1/2/2014 | $ 0.50 |
| PUPKO | VYACHESLAV | | | 1/6/2014 | $ 167.55 |
| CLAPP | PHILLIP | | | 1/8/2014 | $ 371.91 |
| CRAIN | KEITH | | | 1/14/2014 | $ 1,556.64 |
| SERDAR | OCAL | | | 1/20/2014 | $ 5.00 |
| RIMES-SHERMET | LEANN | | PRODIGY ENTERTAINMENT | 1/22/2014 | $ 430.06 |
| DOLL | DANIELLE | | | 1/29/2014 | $ 245.25 |
| LESSNAU | DANIELLE | | | 2/5/2014 | $ 2,500.00 |
| LY | UYEN | | | 2/8/2014 | $ 3.53 |
| SHEPPARD | SLOAN | | | 2/12/2014 | $ 2.16 |
| PAULSEN | DAVID | | | 2/13/2014 | $ 1.33 |
| Thompson | Teddy | | | 2/14/2014 | $ 126.42 |
| KREDEL | KURT | | | 2/17/2014 | $ 351.33 |
| OTIS | JON | | | 2/20/2014 | $ 126.42 |
| VANELSLANDER | ART | | | 2/26/2014 | $ 27.22 |
| SHIN | XENIA | | | 3/1/2014 | $ 10.90 |
| WANG | KIWON | | | 3/2/2014 | $ 225.00 |
| WAGNER | DANIEL | | | 3/12/2014 | $ 10.89 |
| SIPKIN | CHAD | | | 3/14/2014 | $ 571.59 |
| GRUZEN | ERIC | | | 3/19/2014 | $ 348.62 |
| FREY SORRENTI | MARY | | | 3/20/2014 | $ 419.16 |
| HAROUCHE | SIMONE | | | 3/21/2014 | $ 954.49 |
| KIM | PIERRE | | | 3/22/2014 | $ 32.66 |
| BRUN | CAROLINE | | | 3/23/2014 | $ 1,197.63 |
| CAPPELLUTI | ROSE | | | 4/1/2014 | $ 1,551.47 |
| SHAPIRO | LEIGH | | | 4/9/2014 | $ 247.98 |
| McGowan | Thomas | | | 4/13/2014 | $ 570.23 |
| DILGER | IVETA | | | 4/21/2014 | $ 5.45 |
| BOAS | NATASHA | | | 4/22/2014 | $ 10.89 |
| DAVIS-RICE | JUSTIN | | | 4/23/2014 | $ 87.10 |

In re Kiki Holdings, LLC d/b/a kiki de Montparnasse                                                                                      5
Addendum to Schedule E/F

| Last Name | First Name | Title | Company | Date | Store Credit |
|---|---|---|---|---|---|
| SAMPSON | TARA | | | 4/24/2014 | $ 0.57 |
| SINDERBRAND | GARY | | | 4/28/2014 | $ 27.22 |
| WALLET | JESSICA | | | 4/29/2014 | $ 316.00 |
| GREY | CASSANDRA | MS | | 5/2/2014 | $ 119.12 |
| Berbarian | Daniel | | | 5/3/2014 | $ 76.30 |
| SMALLEY | THOMAS | | | 5/5/2014 | $ 545.00 |
| Ross | Sam | | | 5/14/2014 | $ 474.15 |
| KARABLIN | RUSLAN | MR | | 6/3/2014 | $ 534.10 |
| RICE | REGINA | | | 6/4/2014 | $ 111.05 |
| DIDOMENICO | VINCENT | | | 6/19/2014 | $ 212.31 |
| lonner | david | | | 6/24/2014 | $ 310.65 |
| STOTTER | MANUELA | | | 7/12/2014 | $ 592.01 |
| HIXON | LAURA | | | 7/18/2014 | $ 111.13 |
| SHERWOOD | YUKO | | | 7/22/2014 | $ 1,546.03 |
| FERRIS | ROGER | | | 7/23/2014 | $ 488.93 |
| DOR | DAPHNA | | | 7/25/2014 | $ 304.85 |
| HARPER MCDONALD | HEATHER | | | 7/29/2014 | $ 59.88 |
| CHANG | HANNA | | | 7/30/2014 | $ 87.50 |
| MARCIANO | KYMBERLY | | | 7/31/2014 | $ 708.50 |
| MCCABE | GEORGE | | | 8/2/2014 | $ 27.44 |
| mowers | terrance | | | 8/3/2014 | $ 57.92 |
| BINDER | SHANNAN | | | 8/9/2014 | $ 170.85 |
| ARON | MELISSA | | | 8/13/2014 | $ 489.94 |
| TOWNSEND | C | | | 8/15/2014 | $ 189.18 |
| THOMPSON | JENNIFER | | | 8/18/2014 | $ 27.19 |
| NAKASHIMA | ALINE | | | 8/22/2014 | $ 366.51 |
| | nicole | | | 9/2/2014 | $ 621.58 |
| SHIROHATA | KEIKO | | | 9/18/2014 | $ 21.78 |
| SABADASH | LARISA | | | 9/19/2014 | $ 8.16 |
| THOMSON | LARISSA | | | 10/7/2014 | $ 32.66 |
| CHOUDHARY | NITIKA | | | 10/12/2014 | $ 5.44 |
| MARTIN | LINA | | | 10/17/2014 | $ 434.51 |
| AZADI | AMANDA | | | 10/24/2014 | $ 20.15 |
| SUN | JUSTIN | | | 11/8/2014 | $ 54.44 |
| Hdagha | Jasmina | | | 11/14/2014 | $ 4.75 |
| ANTIN | ROBIN | | | 12/17/2014 | $ 5.45 |
| THE NET-A-PORTER GROUP LIMITED | | | NET-A-PORTER GROUP - UK | 12/18/2014 | $ 300.00 |
| AFLALO | YAEL | | | 12/20/2014 | $ 774.91 |
| James | Andre | | | 12/22/2014 | $ 948.30 |
| ROBINSON | CHANEL | | | 12/28/2014 | $ 707.69 |
| BLUMENCRANZ | ERIC S. | | | 1/2/2015 | $ 816.56 |
| KORAK | ASHLEY | | BELLA STRINGS | 1/5/2015 | $ 31.25 |
| JAILLON | OLIVIER | MR | | 1/6/2015 | $ 5.44 |
| BAKKE | ANGELA | | | 1/9/2015 | $ 50.00 |
| TELLER | JESSICA | | | 1/13/2015 | $ 899.25 |
| CANER | ELISABET | | | 1/21/2015 | $ 43.55 |
| HULL | JON | | | 1/27/2015 | $ 118.91 |
| WYLDE | BARBARANNE | | | 1/28/2015 | $ 52.20 |
| SHERRILL | TOM | | | 1/29/2015 | $ 262.50 |
| Martin | Christina | | Bride from T.Martin event | 2/6/2015 | $ 109.00 |
| ASCHLEW | RACHEL | | | 2/8/2015 | $ 816.56 |
| MASTERSON | CHRISTINA | | | 2/9/2015 | $ 11.42 |
| REITMAN | GILLIAN | | | 2/9/2015 | $ 468.16 |
| ROMERO | CHRISTOPHER | | | 2/11/2015 | $ 16.33 |
| Hernandez | Jessica | | | 2/13/2015 | $ 32.70 |

In re Kiki Holdings, LLC d/b/a Kiki de Montparnasse
Addendum to Schedule E/F

| Last Name | First Name | Title | Company | Date | Store Credit |
|---|---|---|---|---|---|
| WELCH | KARLA | | | 2/16/2015 | $ 572.25 |
| ANDREWS | MICHELLE | | | 2/17/2015 | $ 353.84 |
| PETRESCO | CARMEL | | | 2/17/2015 | $ 669.85 |
| CANALES | ERICA | | | 2/19/2015 | $ 158.97 |
| KHIMJI | NAZNIN KARSEN | | | 2/26/2015 | $ 654.00 |
| Armstrong | Laura | | | 3/6/2015 | $ 10.90 |
| TRYBA | ANDREW | | | 3/21/2015 | $ 43.24 |
| MOGHAVEN | PAULINE | | | 3/28/2015 | $ 301.81 |
| HUDSON | PERLA | | | 4/4/2015 | $ 225.09 |
| Morales | Isabel | | | 4/6/2015 | $ 2.85 |
| STUDIER-FELDMAN | SUZANNE | | | 4/12/2015 | $ 0.59 |
| HICKS | LADI | | | 4/26/2015 | $ 71.10 |
| GHIRAN | IOANA | | | 4/30/2015 | $ 0.82 |
| HONIG | RENEE | | | 5/1/2015 | $ 405.38 |
| NOBRIGA | ALYSSA | | | 5/2/2015 | $ 250.70 |
| tunkl | david | MR. | | 5/2/2015 | $ 1,476.95 |
| TASSONE | GINA | | | 5/5/2015 | $ 0.03 |
| ZAMANI | PAYAM | | | 5/5/2015 | $ 367.88 |
| ZENDELL | ROBIN | | | 5/13/2015 | $ 22.10 |
| ROSENBERG | SAMUEL | | | 5/19/2015 | $ 647.81 |
| TRAINA | VICTORIA | | | 5/21/2015 | $ 82.00 |
| SIMMONS | DAVID | | | 5/26/2015 | $ 16.22 |
| KALAJIAN | DAVID | | | 5/27/2015 | $ 29.63 |
| XIN | CAMILLE | | | 6/7/2015 | $ 197.19 |
| HOFFNUNG | ALEXANDRA | | | 6/12/2015 | $ 52.79 |
| BEAL | CARTER | | | 6/17/2015 | $ 168.95 |
| BIDEN | CAROLINE | | | 6/26/2015 | $ 57.24 |
| HIRSHBERG | TARA | | | 7/1/2015 | $ 138.43 |
| RATNER | BRETT | | | 7/1/2015 | $ 299.75 |
| HSIEH | JOANNE | MS | | 7/2/2015 | $ 408.28 |
| adeli | katayone | | | 7/5/2015 | $ 272.50 |
| PILUTIK | MYLENE | | | 7/7/2015 | $ 21.95 |
| BUSSO | LETICIA | | | 7/16/2015 | $ 103.43 |
| ZIPP | CARLY | | | 7/17/2015 | $ 0.18 |
| KUZMINA | EUGENIA | | | 7/19/2015 | $ 1,480.70 |
| PHIPPS | TIFFANY | | | 7/26/2015 | $ 156.78 |
| DZHEUS | KARINA | | | 7/31/2015 | $ 1,095.46 |
| LOHAN | JAMES | | | 8/3/2015 | $ 38.00 |
| NEMAN | FIROOZEH | | | 8/6/2015 | $ 81.75 |
| rin lee | chae | | | 8/8/2015 | $ 487.84 |
| MONTES | ADRIENNE | | | 8/9/2015 | $ 140.00 |
| POWER | KATHERINE | | WHO WHAT WEAR | 8/10/2015 | $ 272.50 |
| DICKEN | LENA | | | 8/15/2015 | $ 16.62 |
| ASHER | DANIELLE | | KIKI MODEL | 8/18/2015 | $ 660.32 |
| FISH | KRISTEN | | | 8/19/2015 | $ 5.96 |
| BALDWIN | AUDRA | | | 8/27/2015 | $ 1,500.00 |
| DIMICOVA | VIVIANA | | | 8/27/2015 | $ 95.00 |
| SUNG | LAEUN | | | 9/7/2015 | $ 43.83 |
| MANAS | LINDSEY | | | 9/19/2015 | $ 5.44 |
| TIMMINS | JAMES | | | 9/22/2015 | $ 40.88 |
| TEDHAMS | JUNIPER | | | 9/25/2015 | $ 286.13 |
| HALILI | ELI | | | 9/30/2015 | $ 381.06 |
| RAEL | BRITTANI | | | 9/30/2015 | $ 175.73 |
| FUNK | MISSY | | | 10/17/2015 | $ 283.89 |
| RISLEY SMALL | AMY | | | 10/19/2015 | $ 72.49 |

In re Kiki Holdings, LLC d/b/a kiki de Montparnasse
Addendum to Schedule E/F

| Last Name | First Name | Title | Company | Date | Store Credit |
|---|---|---|---|---|---|
| BEINHORN | SUMMER | | | 10/21/2015 | $ 5.45 |
| CAYRE | JACK | | | 10/23/2015 | $ 1,051.18 |
| HENNESSY | KILIAN | | | 10/27/2015 | $ 500.00 |
| FRANCHI | ADRIANA | | | 11/3/2015 | $ 122.48 |
| MILLER | CHRISTINA | | | 11/3/2015 | $ 3.27 |
| STUART | JILL | MS | jill stuart | 11/10/2015 | $ 59.63 |
| BRATO | GIORGIO | | | 11/11/2015 | $ 32.70 |
| VANA | AVANA | | | 11/12/2015 | $ 571.59 |
| MEHRAN | ANNABEL MARIA | | | 11/18/2015 | $ 163.50 |
| HOWARD | ELIZA | | | 11/20/2015 | $ 566.15 |
| PLANTE | JULIEN | | | 11/28/2015 | $ 63.31 |
| BUSTILLOS | ANAHI | | EVENT MODEL | 11/30/2015 | $ 16.15 |
| HECKAMAN | DAVID | | | 12/2/2015 | $ 45.50 |
| ELBAUM | DAVID | | | 12/4/2015 | $ 391.95 |
| JOHNSON | KEVIN | | | 12/4/2015 | $ 32.93 |
| COTTLE | ROBIN | | | 12/9/2015 | $ 45.96 |
| ROTENBERG | NITZAN | | | 12/11/2015 | $ 146.98 |
| STARK | LAURIE | | CHROME HEARTS | 12/11/2015 | $ 32.70 |
| ADORNO | FILLIPO | | | 12/15/2015 | $ 21.80 |
| MISCZYNSKI | MICHAEL | MR | | 12/17/2015 | $ 680.47 |
| LAGRANGE | BERNARD | | | 12/18/2015 | $ 2.72 |
| TUCKER | SHELLEY | MS | | 12/18/2015 | $ 144.65 |
| ROSS | LIBERTY | | | 12/21/2015 | $ 659.45 |
| SPADER | JAMES | | | 12/21/2015 | $ 237.33 |
| LAPLAIGE | LOUISE | | | 12/22/2015 | $ 47.47 |
| MALAKPOUR | MARJAN | MS | | 12/24/2015 | $ 354.25 |
| GIOIA | DANIEL | | | 12/28/2015 | $ 17.54 |
| MARQUARDT | JUSTIN | | | 12/29/2015 | $ 0.81 |
| VITALI | LINDA | | | 1/6/2016 | $ 408.28 |
| SUH | JUNG-AH | | | 1/7/2016 | $ 27.22 |
| MCCOURT | TRAVIS | | | 1/8/2016 | $ 2,027.81 |
| SMITH | CINDY | | | 1/15/2016 | $ 33.56 |
| DANIELS | CHRISTIAN | MR | | 1/16/2016 | $ 136.25 |
| BRAUN | ALESSANDRA | | | 2/10/2016 | $ 244.97 |
| LINDSAY | KAT | | | 2/10/2016 | $ 90.00 |
| FANE | JULIAN | | | 2/12/2016 | $ 32.66 |
| FLORES | REGINA | | | 2/20/2016 | $ 59.88 |
| MILLS | MICHAEL | | | 2/20/2016 | $ 16.35 |
| MANZI | JENELLE | | | 2/22/2016 | $ 408.28 |
| FALLAH | PAYAM | | | 2/28/2016 | $ 626.03 |
| FALLAM | PAYAH | | | 2/28/2016 | $ 85.00 |
| SNOOKS | LINDSAY | | | 2/29/2016 | $ 272.19 |
| HARRIS | WILL | | | 3/9/2016 | $ 27.22 |
| SCHOECK | VINCENT | | | 3/14/2016 | $ 278.03 |
| LU | KEVIN | | | 3/22/2016 | $ 256.15 |
| WEINTRAUB | MARGARITA | | | 3/23/2016 | $ 444.09 |
| ZAMIR | JESSICA | | | 3/24/2016 | $ 20.75 |
| FARINA | SACHA | | | 3/29/2016 | $ 98.10 |
| GORDON | ALEX | | | 4/7/2016 | $ 321.18 |
| BALCZON | MELODY | | | | $ 256.00 |
| BUTLER | RONNISHA | | | | $ 210.80 |
| CARTWRIGHT | KATIE | MS. | EVENT MODEL | | $ 400.00 |
| COOK | STEPHANIE | | | | $ 400.00 |
| Castro | Suzette | | | | $ 150.00 |
| DEKOEKKOEK | CATHERINE | | | | $ 400.00 |

In re Kiki Holdings, LLC d/b/a Kiki de Montparnasse                                                                    8
Addendum to Schedule E/F

| Last Name | First Name | Title | Company | Date | Store Credit |
|-----------|-----------|-------|---------|------|-------------:|
| Edwin | Candice | | | | $ 250.00 |
| Fabela | Stephanie | | | | $ 150.00 |
| Feld | Alexandra | | | | $ 250.00 |
| Festin | Wave | | | | $ 150.00 |
| GUVENC | SERMIN | | | | $ 1.00 |
| Gonzalez | Vanessa | | | | $ 150.00 |
| Goulet | Michelle | | | | $ 189.26 |
| HAUSER | KAREN | | | | $ 750.00 |
| HOUK | CANDACE | | | | $ 400.00 |
| LEGRECA | JODY | MRS. | | | $ 162.23 |
| Levy | Irina | | | | $ 250.00 |
| Perez | Vanessa | | | | $ 150.00 |
| RAIMONDI | THERESE | | | | $ 245.25 |
| SKYDELL | NICOLE | | | | $ 453.46 |
| Sanchez | Jason | | | | $ 150.00 |
| Solis | Lisette | | | | $ 150.00 |
| Soria | Kathy | | | | $ 150.00 |
| Sutherland | Megan | | | | $ 150.00 |
| Venegas | Armando | | | | $ 150.00 |
| WATKINS | SHAUN | | ARIA SKY SUITES CONCIERGE | | $ 154.00 |
| **Total** | | **400** | | | **$ 102,110.91** |

**Fill in this information to identify the case:**

Debtor name   Kiki Holdings, LLC d/b/a Kiki de Montparnasse

United States Bankruptcy Court for the:   Southern    District of    New York
                                                                    (State)

Case number (If known):  _____    Chapter   7

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Phone lease. | Tangonet, LLC |
| | | 4733 Norwich Avenue |
| | | Sherman Oaks, California 91403 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Time clock lease. | Paychex Inc. |
| | | 1551 S. Washington Avenue, Suite 200 |
| | | Piscataway, New Jersey 08854 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __Kiki Holdings, LLC d/b/a Kiki de Montparnasse__

United States Bankruptcy Court for the: __Southern__  District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Kiki LA, LLC<br>d/b/a Kiki de Montparnasse | 349 Fifth Avenue<br>Street<br>4th Floor<br>New York   NY   10016<br>City   State   ZIP Code | Park Lane Acquisitions, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Kiki LV, LLC<br>d/b/a Kiki de Montparnasse | 349 Fifth Avenue<br>Street<br>4th Floor<br>New York   NY   10016<br>City   State   ZIP Code | The Crystals at CityCenter, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street<br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street<br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street<br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street<br><br>City   State   ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___Kiki Holdings, LLC d/b/a Kiki de Montparnasse_____

United States Bankruptcy Court for the: ___Southern_____ District of __NY___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Summary of Assets</strong></td></tr>
</table>

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................... $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................. $ 1,115,354.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................... $ 1,115,354.70

---

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Summary of Liabilities</strong></td></tr>
</table>

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................. $ 36,915.60

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 266,191.70

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. **+** $ 10,738,557.56

4. **Total liabilities**..................................................................................................
   Lines 2 + 3a + 3b                                                                          $ 11,008,664.86

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

KIKI HOLDINGS, LLC d/b/a Kiki de
Montparnasse,

                    Debtor.

Chapter 7

Case No.

**LIST OF CREDITORS**

1

Active Staffing
41 W 33rd Street
New York, NY 10001

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878

Akabas & Sproule
488 Madison Avenue, 11th Floor
New York, NY 10022

Armor Jewelry
111 Kent Avenue, #1A
Brooklyn, NY 11249

Beer-Stern Company
PO Box 155
West Sayville, NY 11796

Berke-Weiss & Pechman LLP
488 Madison Avenue, 11th Floor
New York, NY 10022

XYZ Two Way Radio Service, Inc.
PO Box 159033
Brooklyn, NY 11215

Bossa T.A.S.
Guzelevler Mah. Girne Bulvari No:296
01310 Yuregir/Adana – Turkiye

Bottonificio BAP SPA
Via Gennaro Sora 16/A
24060 Villongo (Bergamo) Italy

Bucol
4-6 rue Marius Chardon
F-69310 Pierre Benite, France

By Killian
60 Broad Street, Suite 3502
New York, NY 10004

Cadolle Diffusion
255 rue Saint Honore

75001 Paris, France

Calamo Silk, Inc.
251 W 39th Street, 5th Floor
New York, NY 10018

Cheynet & Fils
Route du Fau- B.P.7
Saint-Just-Malmont, France

Clique Media Inc.
360 N La Cienega Blvd., 3rd Floor – B
Los Angeles, CA 90048

Consolidated Edison
JAF Station
PO Box 1702
New York, NY 10116-1702

Crave – Incoqnito
1234 Folsom Street
San Francisco, CA 94103

William J. Pierce IV
171 W 133rd Street, #3B
New York, NY 10030

NYS Department of Taxation & Finance
PO Box 4127
Binghamton, NY 13902-4127

Xt Services
350 Market Street, Suite 5
Saddle Brook, New Jersey 07663

DKL Services, Inc.
529 W Broadway, Suite 1C
Long Beach, NY 11561

E. Bosselli & C.
Via Carducci, 11
22077 Olgiate Comasco (Como), Italy

E.R. Butler & Co
55 Prince Street
New York, NY 10012

Eastern Silk Mills Inc.
148 W 37th Street, 3rd Floor
New York, NY 10018

ExactTarget, Inc.
26487 Network Place
Chicago, IL 60673-1264

Exl Ac & Refrigeration
53-43 66th Street
Maspeth, NY 11378

Farameh Media, LLC
217 Thompson Street, 308
New York, NY 10012

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Ferny Chung
50-17 5th Street, Apt 2B
Long Island City, NY 11101

Finest Technical Group Inc.
112 Katan Avenue
Staten Island, NY 10308

Fleck & Co. GmbH
PO Box 436
Glen Falls, NY 12801

Fourthfloor Fashion Talent
10100 Santa Monica Blvd., Suite 900
Los Angeles, CA 90067-4100

G & G Cleaners
46 Grand Street
New York, NY 10012

GC H.V.A.C. Inc.
96 Bismarck Avenue
Valley Stream, NY 11581

GFI Insurance Services
140 Broadway, 41st Floor
New York, NY 10005

GNN Transportation Services, LLC
436 B Lawton Avenue
Cliffside Park, New Jersey 07010

Graphic Image, Inc.
305 Spagnoli Road
Melville, NY 11747

Guardian
State Mandated Disability
PO Box 824418
Philadelphia, PA 19182-4418

Guide Fabrics
262 W 38th Street
New York, NY 10018

H2 Business Management, LLC
201 Santa Monica Blvd., #480
Santa Monica, CA 90401

Heather Huey
1684 Gates Avenue, 2nd Floor
Ridgewood, NY 11385

Henry Bertrand
c/o Blue Starr Silk Corp.
108 W 39th Street, Room 401
New York, NY 10018

Hurel
Rue Olivier Metra
75020 Paris, France

Incoqnito
719 Clementina
San Francisco, CA 94103

Jan – Pro Cleaning System
1050 E. Flamingo Road, Suite #N-334
Las Vegas, NV 89119

Jens Mortensen Photography Inc.
330 W 38th Street, 15th Floor
New York, NY 10018

JKR Management LLC
506 Westerly Drive
Marlton, NJ 08053

Martin Sahringer
Unit 26 the Laundry, 2-18 Warburton Road
London e83fn, United Kingdom

Adam Kmiec
adamkmiec@gmail.com

JR de Bellard Fine Jewelry
36 NE 1st Street, Suite 810
Miami, FL 33132

Kama Carnes
2 King Street, Apt. 6F
New York, NY 10012

King Garment Care
220 Avenue of the Americas
New York, NY 10014

Ladas & Parry LLP
26 W 61st Street
New York, NY 10023

Leila Sharifi
26 Knoll Lane
Glen Head, NY 11545

Leloi AB
5799 Fontanoso Way
San Jose, CA 95138-1015

Lu Trimming Corp.
306 W 37th Street, 4th Floor
New York, NY 10018

Lyons Jewelry
190 Bedford Avenue
Brooklyn, NY 11249

M.X. Data, Inc.
118 E 28th Street, Suite 608
New York, NY 10016

Magento
10441 Jefferson Blvd., Suite 200
Culver City, California 90232

Mario Cucchetti Tessuti Srl
c/o Renavazio LLC
1400 Broadway, Suite #3607
New York, NY 10018

McLane Security
247 W 35th Street, Suite 600
New York, NY 10001

Megasol USA Group Inc.
8701 Tonnelle Avenue
North Bergen, NJ 07047

Mikan Printing, Inc.
168-B Raceway Drive
Mooresville, NC 28117

MT Jersey USA LLC
180 Chatham Street
Chatham, NJ 07928

Victoria F. Gingrich
PO Box 7
Circleville, NY 10919

NYC Messenger Inc.
15 E 40th Street
New York, NY 10016

Shuang Linda Teng
79 Decatur Road
New Rochelle, NY 10801

Maschentex GmbH
Konigstrasse 34, 89165
Dietenheim, Germany

Parallax Press
46 Development Road
Fitchburg, MA 01420

Petit Boudoir
Oeder Weg 23
60318 Frankfurt am Main, Germany

Pinnacle Jewelry, Inc.
34 W 46th Street, Suite 500
New York, NY 10036

Pormanteau Properties, LLC
201 Santa Monica Blvd, Suite 480
Santa Monica, CA 90401

Presentation Graphics
1417 53rd Street
Brooklyn, NY 11219

Preview Textile Group
225 W 37th Street, 11th Floor
New York, NY 10018

Principal Life Insurance Company
PO Box 10372
Des Moines, Iowa 50306-0372

Readyrefresh by Nestle
PO Box 856192
Louisville, KY 40285-6192

RIL-Metal
Via del Lavoro, 19
Telgate BG, Italy

Riverpack USA Corp.
c/o Guibert & Co.
149 E 36th Street
New York, NY 10016

Robyn L. Williamson
310 Greenwich Street, #6K
New York, NY 10013

8

Salesforce.com, Inc.
PO Box 203141
Dallas, TX 75320-3141

Santosha, Inc.
1547 6th Street, Suite 100
Santa Monica, CA 90401

Santoul SA
Parc Activities Les Ayats
69390 Millery, France

Sasha Samuel
75 Roebling Street, Apt 3D
Brooklyn, NY 11211

Shindo USA Inc.
152 W 36th Street
New York, NY 10018

Simply Bliss Inc.
125 Maiden Lane, #201
New York, NY 10038

Smith Global LTD
Third Floor Offices
Shepherds Building, Rockley Road
London, United Kingdom

SML (USA) Inc.
77 Main Street
Lewiston, Maine 04240-5803

Solstiss Inc.
561 7th Avenue, 16th Floor
New York, NY 10018

Sohpie Hallette
Grupo Textile
350 W 42nd Street, Suite 47A
New York, NY 10036

Staples Business Advantage Department NY
PO Box 415256
Boston, MA 02241-5256

Stretchline Holdings, LTD
Lot 89, BEPZ
Walgama, Malwana, Sri Lanka

Sweden Unlimited
199 Lafayette Street, Suite 4A2
New York, NY 10012

Tangonet LLC
4733 Norwich Avenue
Sherman Oaks, CA 91403

Tesso S.P.A.
561 7th Avenue, 4th Floor
New York, NY 10018

Toby Evers Consulting LLC
60 Plaza Street E, 2M
Brooklyn, NY 11238

Toki Sen-i Co., LTD
4-4-7, Kawaramachi
Chuo-ku Osaka, 541-0048 Japan

Topco Sales
PO Box 515722
Los Angeles, CA 90051-5202

Uline
PO Box 88741
Chicago, IL 60680-1741

UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, Illinois 60673-1280

Vena Casa Design
PO Box 3597
Poole BH149ZL, United Kingdom

Verizon
PO Box 15124
Albany, NY 12212-5124

Vibe Design, LLC
407 Pleasant Street, Suite 14
Fall River, MA 02721

Missy Ann Funk
missyannfunk@gmail.com

Dina A. Sammakieg
dinasam@gmail.com

Christopher Sandoval
sandovalchristopher@gmail.com

Van Repchinsky
10208-72 Street
Edmonton, Alberta T6A2W5
Canada

Diego Rivera
2185 Hayes Street
San Francisco, CA 94117

Pavleta Alexieva
Alexieva.pavleta@gmail.com

Nancy Meyer Fine Lingerie
1318 Fifth Avenue
Seattle, WA 98101

Teseo SPA/Rossana Valentino
561 7th Avenue, 4th Floor
New York, NY 10018

The Coveteur Inc.
24 Duncan Street, Suite 400
Toronto, Ontario M5V2B8 Canada

Sophie Lea
sophie@zacara.com

Jon Rubin
c/o H2 Management
201 Santa Monica Blvd #480
Santa Monica, CA 90407

Jon M Rubin Trust

c/o H2 Management
201 Santa Monica Blvd #480
Santa Monica, CA 90407

Todd Rubin
c/o H2 Management
201 Santa Monica Blvd #480
Santa Monica, CA 90407

Miles Rubin
3035 Chain Bridge Road NW
Washington, DC 20016

Andrew Rosen
c/o Link Theory Holdings
38 Gansevoort Street, 5th Fl.
New York, NY 10014

**Fill in this information to identify the case:**

Debtor name    Kiki Holdings, LLC d/b/a Kiki de Montparnasse

United States Bankruptcy Court for the:    Southern    District of   New York
                                                                    (State)

Case number (If known):    _____

☐ Check if this is an
   amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other _____ | $ 383,877 |
| **For prior year:** | From 01/01/2015<br>MM / DD / YYYY | to | 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 2,478,245 |
| **For the year before that:** | From 01/01/2014<br>MM / DD / YYYY | to | 12/31/2014<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 2,675,543 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None    See additional pages attached.

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | Check all that apply |
| 3.1. | Ocal Serdar | 4/29/16 | $ 7,000 | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | 262 Grant Avenue | | _____ | ❑ Suppliers or vendors |
| | Street | | | ☒ Services |
| | Cliffside Park, NJ 07010 | | _____ | ❑ Other _____ |
| | City            State        ZIP Code | | | |
| 3.2. | Becker, Glynn, Muffly, Chassin & Hosinski LLP | 4/29/16 | $ 20,000 | ❑ Secured debt |
| | Creditor's name | | | ❑ Unsecured loan repayments |
| | 299 Park Avenue | | _____ | ❑ Suppliers or vendors |
| | Street | | | ☒ Services |
| | New York, NY 10171 | | _____ | ❑ Other _____ |
| | City            State        ZIP Code | | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ | |
| | Insider's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Wittels Holdings, LLC | New York retail and office leasehold at 102 | April 14, 2016 | $ Undetermined |
| | Creditor's name | Franklin Street, New York, New York 10013 and | | |
| | 102 Franklin Street | security deposit was surrendered. | | |
| | Street | | | |
| | New York          NY     10013 | | | |
| | City          State      ZIP Code | | | |
| 5.2. | 79 Greene LLC | Security deposit surrendered to former | November 9, 2015 | $ 100,000 |
| | Creditor's name | landlord at 79 Greene Street, New York, | | |
| | c/o Regal Home Collection | NY 10013. | | |
| | Street | | | |
| | 295 Fifth Avenue, Suite 1012 | | | |
| | New York, NY 10016 | | | |
| | City          State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See additional pages attached. | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |

Debtor  Kiki Holdings, LLC d/b/a Kiki de Montparnasse
_____   Case number (if known)_____
Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | Name |
| City        State        ZIP Code | Case number | Street |
| | _____ | City        State        ZIP Code |
| | Date of order or assignment | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Theft of retail goods in New York Store | $0 | 8/1/15 | $1,250 |

---

Debtor   Kiki Holdings, LLC d/b/a Kiki de Montparnasse
_____
Name

Case number (if known)_____

---

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Becker, Glynn, Muffly, Chassin & Hosinski LLP | | April 29, 2016 | $ 20,000 |
| | **Address** | | | |
| | 299 Park Avenue | | | |
| | Street | | | |
| | New York            NY        10171 | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | www.beckerglynn.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

---

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number (if known)_____ |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | |
|---|---|---|---|---|---|
| | Address | | | | |
| 14.1. | 79 Greene Street | | | From 01/01/2006 | To 01/15/2016 |
| | Street | | | | |
| | New York | NY | 10012 | | |
| | City | State | ZIP Code | | |
| 14.2. | 102 Franklin Street | | | From 01/15/2016 | To 04/16/2016 |
| | Street | | | | |
| | New York | NY | 10013 | | |
| | City | State | ZIP Code | | |

Debtor   **Kiki Holdings, LLC d/b/a Kiki de Montparnasse**                    Case number *(if known)*_____
         Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
| | | |
|---|---|---|
| Facility name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Street | | |
| | | *Check all that apply:* |
| | | ☐ Electronically |
| City        State        ZIP Code | | ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
| | | |
|---|---|---|
| Facility name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| Street | | |
| | | *Check all that apply:* |
| | | ☐ Electronically |
| City        State        ZIP Code | | ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.   Customer and electronic data is stored and administered by third-party vendors.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☒ No

☐ Yes

---

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse
_____
Name

Case number (if known)_____

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Kiki Holdings, LLC<br>Name<br>349 Fifth Avenue<br>Street<br>New York      NY      10016<br>City      State      ZIP Code | Ocal Serdar<br>_____<br>_____<br>**Address**<br>349 Fifth Avenue<br>New York, New York 10016 | Jewelry and cash.<br>_____<br>_____ | ☐ No<br>☒ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| OZ Moving & Storage<br>Name<br>498 Nepperhan Avenue<br>Street<br>Yonkers      NY      10701<br>City      State      ZIP Code | Ocal Serdar, Jon Rubin<br>**Address**<br>_____<br>_____ | Retail and office inventory, records.<br>_____ | ☐ No<br>☒ Yes |

| Debtor | Kiki Holdings, LLC d/b/a Kiki de Montparnasse | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City            State            ZIP Code | | | |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| | Name | _____ | ☐ Concluded |
| _____ | _____ | | |
| | Street | | |
| | _____ | | |
| | City            State            ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City            State            ZIP Code | City            State            ZIP Code | | |

---

     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     

Debtor     Kiki Holdings, LLC d/b/a Kiki de Montparnasse          Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| | | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Kiki LA, LLC<br>Name<br>formerly at 8481 Melrose Place<br>Street<br><br>Los Angeles, CA 90069<br>City          State          ZIP Code | Los Angeles retail subsidiary.<br>_____<br>_____ | EIN: 2 6 – 0 6 3 8 8 8 3<br><br>**Dates business existed**<br><br>From 11/14/06  To present |
| 25.2. Kiki LV, LLC<br>Name<br>formerly at 3720 Las Vegas Blvd. S.<br>Street<br>Suite 226<br>Las Vegas, NV 89109<br>City          State          ZIP Code | Las Vegas retail subsidiary.<br>_____<br>_____ | EIN: 2 7 – 0 5 1 1 2 8 4<br><br>**Dates business existed**<br><br>From 6/24/09  To present |
| 25.3. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor   Kiki Holdings, LLC d/b/a Kiki de Montparnasse
_____
Name

Case number *(if known)*_____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Thomas E. Francis<br>Name<br>Thomas E Francis LLC<br>Street<br>616 N. Smead Way<br>San Dimas      CA      91773<br>City      State      ZIP Code | From 2007   To present |

| Name and address | Dates of service |
|---|---|
| 26a.2. Ocal Serdar<br>Name<br>Kiki Holdings, LLC<br>Street<br>349 Fifth Avenue<br>New York      NY      10016<br>City      State      ZIP Code | From 2007   To present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Thomas E. Francis<br>Name<br>Thomas E Francis LLC<br>Street<br>616 N. Smead Way<br>San Dimas      CA      91773<br>City      State      ZIP Code | From 2007   To present |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name<br>_____<br>Street<br>_____<br>City      State      ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br>_____<br>Street<br>_____<br>City      State      ZIP Code | _____<br>_____<br>_____ |

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse
_____
Name                                         Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ | _____ |
| Name | |
| _____ | _____ |
| Street | |
| _____ | _____ |
| _____ | |
| City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  The debtor provided financial information to possible investors. The debtor |
| Name |
| will furnish to the Trustee the contact information for those investors under |
| Street |
| separate cover. |
| _____ |
| City                State        ZIP Code |

| Name and address |
|---|
| 26d.2. _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Joanne Gamble | 3/2015 | $ Only quantity available, not value. |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  Josh Lopez |
| Name |
| Gazelle Intense Solutions |
| Street |
| Contact information to be provided to the Trustee. |
| _____ |
| City                State        ZIP Code |

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse    Case number *(if known)*_____
_____
Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | | |

27.2.    _____
Name

_____
Street

_____    _____    _____
City                                     State           ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Rubin | 428 Alta Avenue, Santa Monica, CA 90402 | Managing Member | 31.63% |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kama Carnes | 2 King Street # 6F, New York, NY 10012 | CEO | From 1/07 To 3/2016 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Kama Carnes<br>Name<br>2 King Street #6F<br>Street<br>New York        NY        10012<br>City              State        ZIP Code<br>**Relationship to debtor**<br>Chief Executive Officer | $275,000 | Biweekly | Annual salary |

Debtor    Kiki Holdings, LLC d/b/a Kiki de Montparnasse
_____    Case number (if known)_____
          Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | _____ | | | _____ |
| | Name | | | |
| | _____ | | | _____ |
| | Street | | | |
| | _____ | | | |
| | City                State      ZIP Code | | | _____ |
| | **Relationship to debtor** | | | _____ |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

Name of the parent corporation

The debtor is the parent corporation.

Employer Identification number of the parent corporation

EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

Name of the pension fund

Employer Identification number of the pension fund

EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/06/2016
              MM / DD /YYYY

✘ _____    Printed name  Ocal ~~Serder~~
   Signature of individual signing on behalf of the debtor                       Serdar

   Position or relationship to debtor    Authorized Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

*In re Kiki Holdings, LLC d/b/a Kiki de Montparnasse*
Statement of Financial Affairs
Part 2, Question 3 Additional Page


**3.3**

Creditor's Name: Xt Services
Creditor's Address: 350 Market Street, Suite 5
　　　　　　　　　Saddle Brook, NJ 07663
Date: 4/12/16
Amount: $9,000
Reasons for payment: IT services.


**3.4**

Creditor's Name: State of New York, Department of Taxation and Finance
Creditor's Address: WA Harriman Campus
　　　　　　　　　Albany, NY 12227
Date: 3/21/16 and 4/8/16
Amount: $13,418.12
Reasons for payment: sales tax payments


**3.5**

Creditor's Name: Wittels Holdings, LLC
Creditor's Address: 102 Franklin Street
　　　　　　　　　New York, NY 10013
Date: 3/3/16 and 3/14/16
Amount: $27,675.00
Reasons for payment: secured debt, rent payments.

**3.6**

Creditor's Name: Aetna Life Insurance Company
Creditor's Address: PO Box 7247-0213
　　　　　　　　　Philadelphia, PA 19170-0213
Date: 2/19/16 and 3/15/16
Amount: $14,657.10
Reasons for payment: employee health insurance payments.


**3.7**

Creditor's Name: The Crystals at City Center
Creditor's Address: PO Box 77712
　　　　　　　　　Las Vegas, NV 89177
Date: 3/1/16
Amount: $10,802.20
Reasons for payment: secured debt, rent payments.

1

*In re Kiki Holdings, LLC d/b/a Kiki de Montparnasse*
Statement of Financial Affairs
Part 2, Question 3 Additional Page

**3.8**
Creditor's Name: New York State Department of Labor
Creditor's Address: Unemployment Insurance Department
                                    PO Box 15130
                                    Albany, NY 12212-5130
Date: 4/4/16
Amount: $7,007.03
Reasons for payment: unemployment insurance.

**Debtor: Kiki Holdings, LLC d/b/a Kiki de Montparnasse**

**Part 3: Legal Actions or Assignments.**

| No. | Case Title | Case No. | Nature of Case | Court or agency's name and address | Status |
|-----|-----------|----------|----------------|-----------------------------------|--------|
| 7.1 | *Jens Mortensen Photography Inc. v. Kiki Holdings, LLC d/b/a Kiki de Montparnasse* | cv-006282-16/NY | Litigation. | New York County Civil Court 111 Centre Street New York, NY 10013 | Pending. |
| 7.2 | *24 Seven Inc. v. Kiki Holdings, LLC d/b/a Kiki de Montparnasse* | cv-024461-15/NY | Litigation brought by personnel service for breach of agreement and unpaid invoices. | New York County Civil Court 111 Centre Street New York, NY 10013 | Concluded. |
| 7.3 | *Performance Print Servs. Inc. v. Kiki Holdings LLC, dba Kiki De Montparnasse* | cv-044046-07/NY | Litigation. | New York County Civil Court 111 Centre Street New York, NY 10013 | Pending. |
| 7.4 | *Testa, et al. v. Kiki Holdings LLC dba Kiki de Montparnasse* | N/A | Mediation over misclassification of employees under the labor law. | Clark County, Nevada Litigation Services Mediation | Concluded. |
| 7.5 | *Dadzie v. 79 Greene, LLC and Kiki Holdings, LLC d/b/a Kiki de Montparnasse* | 309198/2012 | Personal injury. | Supreme Court of New York, Bronx County 851 Grand Concourse Bronx, NY 10451 | Concluded. |

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, 16th Floor
New York, New York 10171
Phone: (212) 888-3033
Fax: (212) 888-0255
Chester B. Salomon
csalomon@beckerglynn.com

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>KIKI HOLDINGS, LLC d/b/a Kiki de Montparnasse,<br><br>                        Debtor. | Chapter 7<br><br>Case No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, and to enable judges of the Court to evaluate possible disqualification or recusal, Kiki Holdings, LLC d/b/a Kiki de Montparnasse (the "Debtor"), by and through its attorneys, Becker, Glynn, Muffly, Chassin & Hosinski LLP, hereby certifies that (i) the Debtor has no parent corporation and (ii) no publicly held corporation directly or indirectly owns 10% or more of any class of its equity interests.

*[Remainder of page intentionally left blank.]*

Dated:  May 6, 2016
        New York, New York

                                        BECKER, GLYNN, MUFFLY,
                                        CHASSIN & HOSINSKI LLP


                              By:    */s/ Chester B. Salomon*
                                     Chester B. Salomon
                                     299 Park Avenue, 16th Floor
                                     New York, New York 10171
                                     Phone: (212) 888-3033
                                     Fax: (212) 888-0255
                                     csalomon@beckerglynn.com

                                     *Attorneys for the Debtor*

# KIKI HOLDINGS, LLC

## Action in Writing by Members In Lieu of a Meeting

The undersigned, being the Members holding the majority of outstanding Units of Kiki Holdings, LLC (the "Company"), a New York limited liability company, hereby adopt the following resolutions by written consent pursuant to Section 407 of the Business Corporation Law of the State of New York and Section 3.9(e) of the Amended and Restated Operating Agreement of the Company:

**WHEREAS**, the undersigned deem it desirable and in the best interests of the Company, its creditors and its members to cause the Company to file a voluntary petition (a "Petition") for relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York, or such other court as the Managing Member shall determine to be appropriate (the "Bankruptcy Court").

**WHEREAS**, the Company is the sole member of Kiki LA, LLC, a California limited liability company, and Kiki LV, LLC, a Nevada limited liability company (together, the "Subsidiaries"); and

**WHEREAS**, the undersigned deem it desirable and in the best interests of the Subsidiaries and the Subsidiaries' creditors that the Subsidiaries file petitions for relief under the provisions of chapter 7 of the Bankruptcy Code in the Bankruptcy Court.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company shall be, and it hereby is, authorized to file a Petition under chapter 7 of the Bankruptcy Code in the Bankruptcy Court, and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary toe effect any of the foregoing; and it is

**FURTHER RESOLVED**, that the Company shall be, and it hereby is, authorized to cause the Subsidiaries to file a Petition under chapter 7 of the Bankruptcy Code in the Bankruptcy Court, and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and it is

**FURTHER RESOLVED**, that Jon Rubin, the Managing Member, or Ocal Serdar, Controller of the Company (the "Controller"), are hereby authorized and empowered, as and when he deems appropriate, to execute and verify on behalf of, and in the name of, the Company, on its own behalf and on behalf of the Subsidiaries, any Petitions under chapter 7 of the Bankruptcy Code, to cause such Petition(s) and any affidavits, forms, schedules, lists, motions, applications or any other pleadings or documents that are

necessary or appropriate to file voluntary bankruptcy cases with respect to the Company and the Subsidiaries to be filed in the Bankruptcy Court, and to engage Becker, Glynn, Muffly, Chassin & Hosinski LLP as counsel to the Company and the Subsidiaries and to appear on their behalf at meetings of creditors; and it is

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by the Company, on its own behalf and on behalf of the Subsidiaries, or any officer of the Company in connection with the filing of any Petitions under chapter 7 of the Bankruptcy Code, or otherwise in connection with the chapter 7 case(s) of the Company and the Subsidiaries, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is

**FURTHER RESOLVED,** that the Controller is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of the Controller, a true copy of the foregoing resolutions; and it is

**FURTHER RESOLVED,** that these resolutions may be executed in one or more counterparts, and when each of the undersigned have executed at least one counterpart hereof, then the foregoing preamble and resolutions shall be deemed to be adopted and in full force and effect.

**IN WITNESS THEREOF,** I hereto set my hand this 6th of May , 2016.

Jon Rubin, Managing Member, Chairman

Miles Rubin, Director

Todd Rubin, Director

BECKER, GLYNN, MUFFLY, CHASSIN & HOSINSKI LLP
299 Park Avenue, 16th Floor
New York, New York 10171
Phone: (212) 888-3033
Fax: (212) 888-0255
Chester B. Salomon
csalomon@beckerglynn.com

*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| KIKI HOLDINGS, LLC d/b/a Kiki de Montparnasse, | Chapter 7 |
| | Case No. |
| Debtor. | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

See attached statement of Chester B. Salomon.

I certify that the attached contains a complete statement of any agreement or arrangement

for payment to me for representation of the Debtor in this bankruptcy proceeding.

Dated: May 6, 2016

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

By: */s/ Chester B. Salomon*
Chester B. Salomon
299 Park Avenue, 16th Floor
New York, New York 10171
Phone: (212) 888-3033
Fax: (212) 888-0255
csalomon@beckerglynn.com

*Attorneys for the Debtor*

*304187v1*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr>
<td>
In re:

KIKI HOLDINGS, LLC d/b/a Kiki de
Montparnasse,  KIKI LA, LLC d/b/a Kiki de
Montparnasse,  and KIKI LV, LLC d/b/a Kiki
de Montparnasse,

Debtors.
</td>
<td>Chapter 7</td>
</tr>
</table>

**STATEMENT OF COMPENSATION OF ATTORNEY FOR DEBTORS**

Chester B. Salomon, an attorney admitted to this Court, respectfully states:

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney
for the above named debtors and that compensation paid to Becker, Glynn, Muffly,
Chassin & Hosinski LLP ("Becker Glynn") within one year before the filing of the
petition in bankruptcy, or agreed to be paid to Becker Glynn or me, for services rendered
or to be rendered on behalf of the above three debtors in contemplation of or in
connection with the bankruptcy cases is as follows:

For legal services for all three debtors, Becker Glynn has agreed to accept .......$35,000

Prior to the filing of this statement Becker Glynn has received ........................$35,000

Balance Due ...................................................................................................... $-0-

2.    The source of the compensation paid to Becker Glynn was:

Debtor: Kiki Holdings  LLC ($20,000) and Jon Rubin ($15,000).  Becker Glynn has
received  payment of $35,000.

3.    Becker Glynn  and I have not agreed to share the above-disclosed compensation  with any
other person unless  they are members and association of my firm.

4.    In return for the above-disclosed fee, Becker Glynn has agreed to render legal service for
all aspects of the three bankruptcy cases, including:

a.    Analysis of the debtors' financial situation, and rendering advice to the debtors in
determining  whether to file petitions in bankruptcy;

b.    Preparation and filing of any petitions, schedules, and statements of affairs which
may be required; and

    c.   Representation of the debtors at the meetings of creditors, and any adjourned meetings.

    Becker Glynn has entered into a separate retainer by Jon Rubin individually for personal legal advice.

5.   The engagement of Becker Glynn by the debtors does not include representation of the debtors in adversary proceedings.

Dated: New York, NY
       May 6, 2016

*/s/ Chester B. Salomon*
Chester B. Salomon

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtors in this bankruptcy proceeding.

Date:  May 6, 2016               */s/ Chester B. Salomon*
                               *Signature of Attorney*

                      Becker, Glynn, Muffly, Chassin & Hosinski LLP
                            *Name of law firm*

*304194v1*

2